UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

GREGORY PAPADOPOULOS,

Debtor,

Chapter 7

Case No.12-13125 (RG)

RAY ZEMON,

Plaintiff,

v.

GREGORY PAPADOPOULOS,

Defendant.

Adversary Proceeding

No. 12-01907 (RG)

**ORDER**

Upon the motion of Plaintiff Ray Zemon for summary judgment against Debtor-Defendant Gregory Papadopoulos for the denial of a discharge pursuant to Bankruptcy Code §§ 727(a)(3) and 727(a)(4)(A), and upon all prior proceedings and oral argument in this matter,

IT IS HEREBY ORDERED THAT, as set for the in the Court's Order dated January 8, 2015, Plaintiff's motion is GRANTED; and

IT IS FURTHER ORDERED THAT Debtor-Defendant is denied a discharge pursuant to Bankruptcy Code § 727(a)(3);

IT IS FURTHER ORDERED THAT Debtor-Defendant is denied a discharge pursuant to Bankruptcy Code § 727(a)(4)(A); and

IT IS FURTHER ORDERED THAT Plaintiff may make an application, pursuant to Federal Rule of Bankruptcy Procedure 9011, for an award of monetary sanctions to compensate Plaintiff for his attorneys' fees and costs, reasonably incurred, in connection with these bankruptcy proceedings and related adversary proceedings.

Dated: February 10, 2015
     New York, New York



Robert E. Grossman
United States Bankruptcy Judge